Entered on Docket
May 25, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: May 24, 2011

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

Alan Steven Wolf, Bar No. 94665
Daniel Fujimoto, Bar No. 158575
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA  92614
(949) 720-9200 Telephone
(949) 608-0128 Fax
Alan.Wolf@wolffirm.com

Attorneys for Movant
Wells Fargo Bank, N.A., successor
by merger to Wells Fargo Bank Minnesota,
N.A., as trustee for the holders of
Asset Backed Securities Corporation
Home Equity Loan Trust 2002-HE2 Asset-
Backed Pass-Through Certificates,
Series 2002-HE2

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re:<br><br>JOSEPH H. FAULL<br><br>      Debtor.<br>_____ | CASE: 11-10993-AJ7<br><br>CHAPTER 7<br><br>REF.: ASW-843<br><br>ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>DATE: 05/12/11<br>TIME: 9:00am<br>CTRM:<br>U.S. Bankruptcy Court<br>BANKRUPTCY COURTHOUSE<br>99 South E. Street<br>Santa Rosa, CA  95404 |

A MOTION FOR RELIEF FROM THE AUTOMATIC STAY in this case having been filed by Wells Fargo Bank, N.A., successor by merger to Wells Fargo Bank Minnesota, N.A., as trustee for the holders of Asset Backed Securities Corporation Home Equity Loan Trust 2002-HE2 Asset-Backed Pass-Through Certificates, Series 2002-HE2, and having come to be heard before the HONORABLE ALAN JAROSLOVSKY, UNITED STATES

Matter I.D. 6401-6520

```
 1  BANKRUPTCY JUDGE, on May 12, 2011, Movant appearing by its
 2  attorneys THE WOLF FIRM by PATRICK M. BRUSO, and there being
 3  no pleading in opposition nor appearance by the Trustee or
 4  the Debtor, and the Court, having read the various
 5  pleadings, documents and proceedings, and service having
 6  been made, and after due deliberation, does make its order
 7  as follows:
 8      IT IS ORDERED that with respect to the real property
 9  commonly known as 430 Hillside Drive, Cloverdale, CA 95425,
10  and more fully described as follows:
11          SEE DOCUMENT NO. 2002066262 RECORDED IN
12          THE OFFICIAL RECORDS OF SONOMA COUNTY ON
13          4/30/2002
14  Movant and its agents and successors are relieved of the
15  automatic stay, and said stay is immediately terminated as
16  to Debtor and Debtor's estate.
17      IT IS FURTHER ORDERED that the 14 day stay of
18  Bankruptcy Rule 4001(a)(3) is hereby waived.
19
20                      ** END OF ORDER **
```